UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| DARYL ANN SHIREY § | |
| § | |
| V. § | CASE NO. 1:13-CV-458 |
| § | |
| CAROLYN COLVIN, § | |
| ACTING COMMISSIONER OF THE § | |
| SOCIAL SECURITY ADMINISTRATION § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report recommending that the decision of the Commissioner denying plaintiff's application for social security benefits should be affirmed.

The parties have not filed objections to the magistrate judge's Report and Recommendation. The Court conducted a *de novo* review of magistrate's recommendation, the record, and the applicable law. *See* FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b). The Court concludes that the magistrate judge's findings of fact and conclusions of law of are correct. It is therefore **ORDERED** that Report and Recommendation [Doc. No. 14] is **ADOPTED** and the Commissioner's decisions is **AFFIRMED**. The Court will enter final judgment separately.

So **ORDERED** and **SIGNED** this **16** day of **September, 2015.**

_____
Ron Clark, United States District Judge